DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILBERT GRIFFIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0118

[April 30, 2026]

Appeal of order denying Rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 062022CF004926A88810.

Wilbert Griffin, East Palatka, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***